# EXHIBIT A

**PROTRADE STEEL COMPANY LTD**

5700 Darrow Road, Suite 114
Hudson, OH 44236
234-200-1000
(Fax) 330-655-3972

**Invoice**

| | |
|---|---|
| Invoice Number: | 033115 |
| Invoice Date: | 3/31/2015 |
| Payment Terms: | Net 45 Days |

**Bill To**

Republic Steel
Attn: Michael Humphrey
2633 8th St. NE
Canton, OH 44704

| ORDER NUMBER | ProTrade Contract | Material | Amount | Description |
|---|---|---|---|---|
| F-05688-R-03 | 1410-4793 | Shred | $ 38,232.00 | Market Loss incurred on order cancellation by Republic |
| F-05746-R-02 | 1411-4924 | Bush | $ 16,872.00 | Market Loss incurred on order cancellation by Republic |
| F-05744-R-01 | 1411-4925 | Bush | $ 14,592.00 | Market Loss incurred on order cancellation by Republic |
| F-05746-R-01 | 1411-4952 | Shred | $ 40,255.00 | Market Loss incurred on order cancellation by Republic |
| F-05746-R-07 | 1411-4953 | HM | $ 100,156.00 | Market Loss incurred on order cancellation by Republic |
| F-05746-R-10 | 1411-4954 | P&S | $ 100,700.00 | Market Loss incurred on order cancellation by Republic |
| F-05746-R-09 | 1411-4955 | Tube | $ 8,892.00 | Market Loss incurred on order cancellation by Republic |
| F-05744-R-03 | 1411-4980 | Shred | $ 172,000.00 | Market Loss incurred on order cancellation by Republic |
| F-05744-R-06 | 1411-4984 | Shred | $ 255,000.00 | Market Loss incurred on order cancellation by Republic |
| F-05846-R-01 | 1501-5098 | Shred | $ 180,147.00 | Market Loss incurred on order cancellation by Republic |
| F-05846-R-07 | 1501-5099 | HM | $ 188,454.00 | Market Loss incurred on order cancellation by Republic |
| F-05847-R-01 | 1501-5100 | Bush | $ 169,062.00 | Market Loss incurred on order cancellation by Republic |

| | |
|---|---|
| $1,284,362.00 | TOTAL DUE** |

**Please see attachment for additional details on this invoice.

PLEASE REMIT PAYMENT TO:
PROTRADE STEEL COMPANY, LTD
5700 DARROW RD., SUITE 114
HUDSON, OH 44236